# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES R. IRWIN, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-19-550-PRW ) |
| BLAINE NELSON, Warden, | ) ) |
| Respondent. | ) ) |

## ORDER

On June 25, 2019, United States Magistrate Judge Shon Erwin issued a Report and Recommendation in this action. The Magistrate Judge recommended that Petitioner's motion for leave to proceed *in forma pauperis* (Dkt. 2) be denied and the action be dismissed without prejudice unless Petitioner paid the full filing fee within twenty days of any order adopting this Report and Recommendation. Petitioner was advised of his right to object to the Report and Recommendation by July 12, 2019. A review of the file reveals that while Petitioner has filed no objection, he paid the filing fee on July 9, 2019.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation (Dkt. 8) issued by the Magistrate Judge on June 25, 2019;

(2) DENIES Petitioner's motion to proceed *in forma pauperis*; and

(3) RECOMMITS this action to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED this 15th day of July, 2019.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE